THE PERTH AMBOY MUTUAL LOAN, HOMESTEAD AND BUILD-
ING ASSOCIATION, Respondent, *v.* HENRY T. CHAPMAN,
Appellant.

*Perth Amboy Mut. Loan, etc., Assn.* v. *Chapman,* 80 App. Div. 556,
affirmed.
(Argued February 29, 1904; decided March 15, 1904.)

APPEAL from a judgment entered March 19, 1903, upon
an order of the Appellate Division of the Supreme Court in
the first judicial department, overruling defendant's excep-
tions, ordered to be heard in the first instance by the Appellate
Division, denying a motion for a new trial and directing judg-
ment for the plaintiff on the verdict.

*Clarence F. Birdseye* for appellant.

*Edward S. Savage* for respondent.

Judgment affirmed, with costs, on opinion below.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN and CULLEN,
JJ. Absent: PARKER, Ch. J., and WERNER, J.

---

JOHN K. COMSTOCK, Respondent, *v.* HENRY H. GOFF,
Appellant.

*Comstock* v. *Goff,* 79 App. Div. 645, affirmed.
(Argued February 29, 1904; decided March 15, 1904.)

APPEAL from a judgment of the Appellate Division of the
Supreme Court in the fourth judicial department, entered
February 2, 1903, affirming a judgment in favor of plaintiff
entered upon a verdict directed by the court and an order
denying a motion for a new trial.

*Frank M. Goff* for appellant.

*Nelson E. Spencer* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: O'BRIEN, BARTLETT, HAIGHT, VANN, CULLEN and
WERNER, JJ. Absent: PARKER, Ch. J.